UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY ABUZEIDE, Special Administrator for the Estate of Jack Berry Dane,<br><br>Plaintiff,<br><br>v.<br><br>OPENROAD AUTO GROUP, INC., a Washington corporation d/b/a BELLEVUE LAMBORGHINI ROLLS-ROYCE BENTLEY,<br><br>Defendant. | Case No. C17-583RSM<br><br>ORDER GRANTING STIPULATION TO RESCHEDULE SECOND PRELIMINARY INJUNCTION HEARING |

This matter comes before the Court on the Stipulation filed by the parties on May 5, 2017. Dkt #23. Now that Defendant OpenRoad Auto Group, Inc. has made an appearance through counsel, *see* Dkt. #22, the parties jointly request to delay both the supplemental briefing deadline and the date of the Second Preliminary Injunction Hearing set forth in the Court's April 27, 2017, Order. Dkt. #19. The Parties request a new briefing deadline of May 22, 2017, and a new hearing date of May 25, 2017, to provide time to negotiate a resolution to the preliminary injunction issues before the Court. *Id*.

ORDER GRANTING STIPULATION TO RESCHEDULE SECOND PRELIMINARY
INJUNCTION HEARING - 1

Having considered the Stipulation and the remainder of the record, the Court hereby finds and ORDERS that:

(1) Good cause exists to reschedule the Second Preliminary Injunction Hearing and associated supplemental briefing deadline.

(2) The Court's in-court deputy will contact the parties on Monday, May 8, 2017, to set a new date and time for the rescheduled Second Preliminary Injunction Hearing.

(3) Any supplemental briefing from either party must be filed no later than noon on Monday, May 22, 2017, and may not exceed twelve (12) pages.

DATED this 5th day of May 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO RESCHEDULE SECOND PRELIMINARY
INJUNCTION HEARING - 2