UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY ABUZEIDE, Special Administrator for the Estate of Jack Berry Dane,<br><br>                  Plaintiff,<br><br>    v.<br><br>OPENROAD AUTO GROUP, INC., a Washington corporation d/b/a BELLEVUE LAMBORGHINI ROLLS-ROYCE BENTLEY,<br><br>                  Defendant. | No. C17-583 RSM<br><br>STIPULATION AND ORDER PARTIALLY DISSOLVING PRELIMINARY INJUNCTION |

      Plaintiff Anthony Abuzeide, Special Administrator for the Estate of Jack Berry Dane (the "Estate") (collectively, "Abuzeide"), and Defendant OpenRoad Auto Group, Inc. ("OpenRoad"), having conferred through counsel, hereby stipulate and respectfully request that the Court order as follows:

      1.     This action involves a dispute regarding the ownership and the right to possession of a Porsche 918 Spyder, VIN WP0CA2A13FS800236 (the "Vehicle"). On April 27, 2017, prior to OpenRoad's appearance and in response to a motion brought by Abuzeide, the Court entered an Order Granting Preliminary Injunction and Setting Second Preliminary Injunction Hearing ("Preliminary Injunction"). Dkt. 19. The Court scheduled

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

a second preliminary injunction hearing for May 11, 2017. However, on May 5, 2017, in response to a stipulation and proposed order submitted on behalf of both parties, the Court agreed to delay and reschedule the second preliminary injunction hearing "to provide time [for the parties] to negotiate a resolution to the preliminary injunction issues before the Court." Dkt. 24. The parties have since completed that negotiation. They now submit the instant stipulation and proposed order to provide for partial dissolution of the Preliminary Injunction, which in turn will allow for the possibility of liquidating and securing the monetary value of the Vehicle.

2. Subject to the Court's approval of the proposed order below, the parties have agreed that OpenRoad may sell, transfer, and/or assign ownership, title, and possession of the Vehicle. The parties agree to such a transaction with a third party (a "Sale"), so long as it does not compromise the parties' respective rights, will simplify this dispute and mitigate certain risks in a manner that mutually benefits them both.

3. The parties jointly request that the Court partially dissolve the Preliminary Injunction, Dkt. 19, for the sole purpose of permitting OpenRoad to sell, transfer, and/or assign ownership of the Vehicle to a third party for an amount not less than $1.45 million ("Sale Proceeds"). Any Sale of the Vehicle for an amount less than $1.45 million shall require Abuzeide's prior written consent. OpenRoad shall be authorized to market and dispose of the Vehicle pursuant to the foregoing provisions until December 31, 2017 ("Expiration Date"), except that such time may be extended by Abuzeide's written authorization. If the Vehicle has not sold by the Expiration Date (or any extension thereof), the Preliminary Injunction may be reinstated upon the request of either party.

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4.      Within two business days of receiving the Sale Proceeds, OpenRoad agrees to deposit all Sale Proceeds into an escrow account or the registry of the Court, pending resolution of this action. Said funds may not be disbursed without prior order of this Court. Submitted contemporaneously with this stipulation and proposed order is a Proposed Order Re the Deposit of Funds into Court Registry.

5.      Subject to the following conditions, and within seven days of the issuance of the Order below, Abuzeide agrees to assign to OpenRoad any and all rights or interests Abuzeide has in the Vehicle, if any, for the limited purpose of facilitating a Sale of the Vehicle: (a) the parties agree that neither said assignment nor the stipulation herein operates to waive, release, alter, or otherwise compromise the claims asserted in Abuzeide's complaint; (b) the parties agree that neither OpenRoad's acceptance of such assignment, nor the stipulation herein, constitutes an admission by OpenRoad that Abuzeide has any right to or interest in the Vehicle; and (c) the parties agree that if the Vehicle has not been sold by the Expiration Date (or any extension thereof), the assignment will automatically become null and void, and any rights or interests in the Vehicle that have been assigned to OpenRoad will revert back to Abuzeide.

6.      Subject to the foregoing provisions, Abuzeide agrees not to challenge or interfere with a Sale of the Vehicle. Abuzeide further agrees to cooperate as warranted with OpenRoad in facilitating such a Sale, which shall include but not be limited to executing relevant documents upon request. Abuzeide warrants and represents, subject to the provisions above, that (a) OpenRoad will have the ability under this Stipulation and Order, to transfer unencumbered title to any buyer of the Vehicle ("Buyer"); and (b) upon the occurrence of a Sale, Buyer will become the rightful owner of the Vehicle. Abuzeide

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

and OpenRoad each agree to provide sworn statements upon the request of the other party and/or Buyer acknowledging Buyer's uncontested ownership of the Vehicle.

7. Unless otherwise mutually agreed to in writing by Abuzeide and OpenRoad, if the Vehicle is sold prior to the Court's adjudication of Abuzeide's claim for replevin, Abuzeide and OpenRoad agree to stipulate to an amendment of Abuzeide's complaint so as to allow Abuzeide to seek a determination of the rightful ownership of the Sale Proceeds.

8. Subject to the provisions above, Abuzeide and OpenRoad otherwise reserve all rights, claims, and defenses, whether or not asserted as of the date of this Stipulation and Order, with respect to this action.

9. The Decedent's insurer for the Vehicle, Chubb Insurance, was provided with notice of this stipulation, via its appointed adjuster, and has not objected to the same.

10. OpenRoad shall maintain, present, and secure the Vehicle in a commercially reasonable manner considering the value and rarity of the Vehicle.

11. OpenRoad shall carry and maintain sufficient fully comprehensive insurance, including liability, to cover a complete loss of the Vehicle for the minimum price referenced herein. Any payment or distribution of insurance proceeds from OpenRoad's insurance for any loss associated with the Vehicle occurring during the pendency of this Court's preliminary injunction, shall be subject to the terms of this Stipulation and Order, and shall be deposited into escrow or the registry of the Court as if such funds were Sale Proceeds. Abuzeide shall make best efforts to secure similar fully comprehensive insurance, including liability, to cover a complete loss of the Vehicle for the minimum price referenced herein.

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED this 22nd day of May, 2017.

      McNAUL EBEL NAWROT & HELGREN PLLC

      By  s/ Avi J. Lipman
        Robert M. Sulkin, WSBA No. 15425
        Avi J. Lipman, WSBA No. 37661
        Jehiel I. Baer, WSBA No. 46951
        600 University Street, Suite 2700
        Seattle, Washington 98101
        Phone: (206) 467-1816
        Fax: (206) 624-5128
        Email: rsulkin@mcnaul.com
           alipman@mcnaul.com
           jbaer@mcnaul.com

      Attorneys for Defendant

DATED this 22nd day of May, 2017.

      SMITH ALLING P.S.

      By  s/ Michael E. McAleenan Jr.
        Michael E. McAleenan Jr., WSBA No. 29426
        Matthew C. Niemela, WSBA No. 49610
        1501 Dock Street
        Tacoma, WA 98402
        Phone: (253) 627-1091
        Fax: (253) 627-0123
        Email: mmc@smithalling.com
           mattn@smithalling.com

      Attorneys for Plaintiff

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 5

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

The Court, having reviewed the above stipulation and the records and files herein, hereby finds and ORDERS that:

1. The Preliminary Injunction issued April 27, 2017, Dkt. 19, is partially DISSOLVED to permit OpenRoad to sell, transfer, and/or assign ownership of the Porsche 918 Spyder, VIN WP0CA2A13FS800236 ("Vehicle"), that is the subject of this action to a third party for an amount not less than $1.45 million ("Sale Proceeds"). Any Sale of the Vehicle for an amount less than $1.45 million shall require Abuzeide's prior written consent. OpenRoad is authorized to market and dispose of the Vehicle pursuant to the foregoing provisions until December 31, 2017 ("Expiration Date"), except that such time may be extended by Abuzeide's written authorization. If the Vehicle has not been sold by the Expiration Date (or any extension thereof), the Preliminary Injunction may be reinstated upon the request of either party.

2. OpenRoad shall, within two business days of receiving the Sale Proceeds, deposit all Sale Proceeds into an escrow account or the registry of the Court, pending resolution of this action. Said funds may not be disbursed without prior order of this Court. Contemporaneously with the issuance of this Order, the Court is issuing an Order Re the Deposit of Funds into Court Registry.

3. Subject to the following conditions, and within seven days of this Order, Abuzeide shall assign to OpenRoad any and all rights or interests Abuzeide has in the Vehicle, if any, for the limited purpose of facilitating a Sale of the Vehicle: (a) neither said assignment nor the stipulation herein operates to waive, release, alter, or otherwise compromise the claims asserted in Abuzeide's complaint; (b) neither OpenRoad's

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 6

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

acceptance of such assignment, nor the stipulation herein, constitutes an admission by OpenRoad that Abuzeide has any right to or interest in the Vehicle; and (c) if the Vehicle has not been sold by the Expiration Date (or any extension thereof), the assignment will automatically become null and void, and any rights or interests in the Vehicle that have been assigned to OpenRoad will revert back to Abuzeide.

4. Subject to the foregoing provisions, Abuzeide shall not challenge or interfere with a Sale of the Vehicle. Abuzeide shall cooperate as warranted with OpenRoad in facilitating such a Sale, which shall include but not be limited to executing relevant documents upon request. Subject to the provisions above, (a) OpenRoad will have the ability under this Stipulation and Order, to transfer unencumbered title to any buyer of the Vehicle ("Buyer"); and (b) upon the occurrence of a Sale, Buyer will become the rightful owner of the Vehicle. Abuzeide and/or OpenRoad shall provide sworn statements upon the request of the other party and/or Buyer, acknowledging Buyer's uncontested ownership of the Vehicle.

5. Unless otherwise mutually agreed to in writing by Abuzeide and OpenRoad, if the Vehicle is sold prior to the Court's adjudication of Abuzeide's claim for replevin, Abuzeide and OpenRoad shall stipulate to an amendment of Abuzeide's complaint so as to allow Abuzeide to seek a determination of the rightful ownership of the Sale Proceeds.

6. Subject to the provisions above, nothing herein shall prejudice Abuzeude's or OpenRoad's rights, claims, and/or defenses, whether or not asserted as of the date of this Order, with respect to this action.

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 7

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

7. OpenRoad shall maintain, present, and secure the Vehicle in a commercially reasonable manner considering the value and rarity of the Vehicle.

12. OpenRoad shall carry and maintain sufficient fully comprehensive insurance, including liability, to cover a complete loss of the Vehicle for the minimum price referenced herein. Any payment or distribution of insurance proceeds from OpenRoad's insurance for any loss associated with the Vehicle occurring during the pendency of this Court's preliminary injunction, shall be subject to this Stipulation and Order, and shall be deposited into escrow or the registry of the Court as if they were Sale Proceeds. Abuzeide shall make best efforts to secure similar fully comprehensive insurance, including liability, to cover a complete loss of the Vehicle for the minimum price referenced herein.

DATED this 24th day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By  s/ Avi J. Lipman
 Robert M. Sulkin, WSBA No. 15425
 Avi J. Lipman, WSBA No. 37661
 Jehiel I. Baer, WSBA No. 46951

Attorneys for Defendant

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 8

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

SMITH ALLING P.S.

By  s/ Michael E. McAleenan Jr.
   Michael E. McAleenan Jr., WSBA No. 29426
   Matthew C. Niemela, WSBA No. 49610

Attorneys for Plaintiff

STIPULATION AND ORDER DISSOLVING
PRELIMINARY INJUNCTION
(Cause No. 2:17-cv-00583-RSM) – Page 9

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816