1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ANTHONY ABUZEIDE, Special
Administrator for the Estate of Jack Berry
Dane,

No. C17-583 RSM

10

Plaintiff,

STIPULATION AND ORDER RE
THE DEPOSIT OF FUNDS INTO
COURT REGISTRY

11

12

v.

13

OPENROAD AUTO GROUP, INC., a
Washington corporation d/b/a BELLEVUE
LAMBORGHINI ROLLS-ROYCE
BENTLEY,

14

15

Defendant.

16

17

**STIPULATION**

18

This stipulation is entered into by and between the parties, Plaintiff Anthony

19

Abuzeide, Special Administrator for the Estate of Jack Berry Dane, and Defendant

20

OpenRoad Auto Group, Inc. ("OpenRoad"). This action involves a dispute regarding the

21

ownership and the right to possession of a Porsche 918 Spyder, VIN

22

WP0CA2A13FS800236 (the "Vehicle").

23

The parties have separately stipulated and agreed that OpenRoad may sell the

24

Vehicle under certain conditions. *See* Dkt. 26. In connection with that stipulation and

25

agreement, the parties have further agreed that, if OpenRoad sells the Vehicle, it shall

26

STIPULATION AND ORDER RE THE DEPOSIT OF
FUNDS INTO COURT REGISTRY
(Cause No. 2:17-cv-00583-RSM) – Page 1

deposit all resulting proceeds ("Sale Proceeds") into the Court registry within two

business days of receiving such Sale Proceeds, pending resolution of this action. Said

funds may not be disbursed without prior order of this Court.

The parties have further stipulated and agreed that any payment or distribution of

insurance proceeds from OpenRoad's insurance for any loss associated with the Vehicle

occurring during the pendency of this Court's preliminary injunction, shall be subject to

the terms of this Stipulation and Order, and shall be deposited into escrow or the registry

of the Court as if such funds were Sale Proceeds. *See* Dkt. 26.

DATED this 24th day of May, 2017.

McNAUL EBEL NAWROT & HELGREN PLLC

By __s/ Avi J. Lipman__
    Robert M. Sulkin, WSBA No. 15425
    Avi J. Lipman, WSBA No. 37661
    Jehiel I. Baer, WSBA No. 46951
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email: rsulkin@mcnaul.com
           alipman@mcnaul.com
           jbaer@mcnaul.com
Attorneys for Defendant

DATED this 24th day of May, 2017.

SMITH ALLING P.S.

By __s/ Michael E. McAleena Jr.__
    Michael E. McAleenan Jr., WSBA No. 29426
    Matthew C. Niemela, WSBA No. 49610
    1501 Dock Street
    Tacoma, WA 98402
    Phone: (253) 627-1091
    Fax: (253) 627-0123
    Email: mmc@smithalling.com
           mattn@smithalling.com
Attorneys for Plaintiff

STIPULATION AND ORDER RE THE DEPOSIT OF
FUNDS INTO COURT REGISTRY
(Cause No. 2:17-cv-00583-RSM) – Page 2

# ORDER

The Court, having reviewed the above stipulation and the records and files herein, hereby finds and ORDERS that OpenRoad shall place into the Court registry all proceeds generated from the sale, if any, of the Vehicle within two business days of receiving such proceeds.

The Court further ORDERS that OpenRoad shall place into the Court registry, within two business days of receipt, any payment or distribution of insurance proceeds from OpenRoad's insurance for any loss associated with the Vehicle occurring during the pendency of the Court's preliminary injunction, as if such funds were Sale Proceeds.

IT IS SO ORDERED this 24th day of May 2017.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By  s/ Avi J. Lipman
    Robert M. Sulkin, WSBA No. 15425
    Avi J. Lipman, WSBA No. 37661
    Jehiel I. Baer, WSBA No. 46951

Attorneys for Defendant


SMITH ALLING P.S.

By  s/ Michael E. McAleenan Jr.
    Michael E. McAleenan Jr., WSBA No. 29426
    Matthew C. Niemela, WSBA No. 49610

Attorneys for Plaintiff

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816