UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY ABUZEIDE, Special Administrator for the Estate of Jack Berry Dane,

          Plaintiff,

  v.

OPENROAD AUTO GROUP, INC., a Washington corporation d/b/a BELLEVUE LAMBORGHINI ROLLS-ROYCE BENTLEY,

          Defendant.

No. 2:17-cv-00583-RSM

ORDER FOR EXTENSION OF TIME FOR TRIAL & PRE-TRIAL SCHEDULE

THIS MATTER having come before the Court upon the stipulation of the parties, and the court having read the records and files herein; now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the current trial and pretrial dates shall be extended as follows:

| **TRIAL DATE** | **August 20, 2018** |
|---|---|
| Length of Trial | 4-5 days |
| Deadline for joining additional parties | July 17, 2017 |

ORDER FOR EXTENSION OF TIME
FOR TRIAL & PRE-TRIAL SCHEDULE
(Cause No. 2:17-cv-00583-RSM) – Page 1



1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

| Deadline for amending pleadings | July 17, 2017 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 5, 2018 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 30, 2018 |
| Discovery completed by | May 15, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 1, 2018 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | June 1, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | July 23, 2018 |
| Agreed pretrial order due | August 8, 2018 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32€, and trial exhibits due | August 15, 2018 |

DATED this 26 day of February, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SMITH ALLING, PS

By */s/ Michael E. McAleenan*
Michael E. McAleenan, WSBA #29426
Attorneys for Plaintiff



1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123