UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY ABUZEIDE, Special Administrator for the Estate of Jack Barry Dane,<br><br>    Plaintiff,<br><br> v.<br><br>OPENROAD AUTO GROUP, INC., a Washington corporation d/b/a BELLEVUE LAMBORGHINI ROLLS-ROYCE BENTLEY,<br><br>    Defendant. | No. C17-583 RSM<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled case be dismissed with prejudice and without costs to either party.

DATED this __31st__ day of July 2018.

            _[signature]_
            RICARDO S. MARTINEZ
            CHIEF UNITED STATES DISTRICT JUDGE

SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

Presented by:

SMITH ALLING, P.S.


By _/s/ Michael E. McAleenan_
   Michael E. McAleenan, WSBA #29426
   Attorney for Plaintiff


MCNAUL EBEL NAWROT & HELGREN, PLLC


By _/s/ Jehiel I. Baer_
   Robert M. Sulkin, WSBA #15425
   Avi J. Lipman, WSBA #37661
   Jehiel I. Baer, WSBA #46951
   Attorney for Defendants

ORDER OF DISMISSAL
(Cause No. 2:17-cv-00583-RSM) – Page 2

